IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUNTRUST BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-cv-343 |
| ) | |
| MOHSEN MOSLEHI NIK, *et al.*, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge dated March 22, 2012, recommending Plaintiff be awarded attorneys' fees in the amount of $15,070.00 (Dkt. No. 59). The attorneys' fees are to serve as a sanction in response to Defendants' repeated failure to comply with the Court's orders regarding Plaintiff's discovery requests. Defendants have not filed any objections to the Report and Recommendation.

The Court conducted a *de novo* review of the evidence and adopts and incorporates the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered against Defendants in the amount of $15,070.00.

April 17, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge